THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* CARL JACOB KUNZ, Appellant.

Submitted March 5, 1951; decided March 9, 1951.

Motion for reargument, or, in the alternative, to amend the remittitur granted to the extent that we recall our remittitur, and when returned, amend it so as to reverse the judgment, and order the fine remitted and the information dismissed. [See 300 N. Y. 273.]